UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT L. COX,<br><br>    Plaintiff,<br><br>    v.<br><br>AURORA LOAN SERVICES; SCME MORTGAGE BANKERS; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; CALWIDE MORTGAGE; SHAKIEB ORGUNWALL; DASHNA MAHMOOD and DOES 1-20 inclusive,<br><br>    Defendants. | No. 2:09-cv-02677-MCE-EFB<br><br>**ORDER** |

On November 18, 2009, Plaintiff Robert L. Cox filed a document with this Court entitled "Plaintiff's Application for Temporary Restraining Order ("TRO") and Order to Show Cause re: Preliminary Injunction."

///

///

1

1    While Plaintiff appears to request a TRO that, in turn,
2 would require this Court to act immediately in the event of
3 imminent irreparable harm that could not be redressed through a
4 regularly noticed hearing, the hearing date requested by
5 Plaintiff is January 7, 2010, an existing date on this Court's
6 civil motion calendar and a date well within the parameters for
7 standard notice under Local Rule 78-230.  Moreover, examination
8 of the moving papers themselves indicates that "[b]y letter dated
9 November 18, 2009, counsel for Defendant Aurora agreed to a TRO
10 until January 17, 2010."  (Pl.'s Points and Authorities, 5:14-
11 15).  The January 17, 2010 letter itself, attached as Exhibit "A"
12 to Plaintiff's Application, reflects Defendants' agreement to
13 continue the foreclosure sale on Plaintiff's property as long as
14 Plaintiff filed, by November 18, 2009, a Motion for Preliminary
15 Injunction to be heard concurrently with Defendants' Motion to
16 Dismiss in this matter set for January 7, 2010.

17    Given Defendants' agreement to refrain from any foreclosure
18 sale until January 7, 2010, there is no immediate threat of
19 irreparable harm which would necessitate the issuance of a TRO
20 before that time.  Instead, the Court will treat Plaintiff's
21 Application (Docket No. 11) as a regularly noticed Motion for
22 Preliminary Injunction set for hearing on January 7, 2010.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

To the extent Plaintiff's application also requests a TRO, that request is denied as moot given Defendants' agreement to refrain from any immediate sale of the property as long as a Motion for Preliminary Injunction was filed by November 18, 2009.

IT IS SO ORDERED.

Dated: November 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3