UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT L. COX

        Plaintiff,

   v.

AURORA LOAN SERVICES; SCME MORTGAGE BANKERS, INC.; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC SYSTEM, INC.; LENDING CAPITAL, INC. DBA LENDING CAPITAL HOME LOANS; PATRICK TOBIN MORAN; JIM A. TOUSIF; PETER DOAN and DOES 1-20 inclusive,

        Defendants.

No. 2:09-cv-02677-MCE-EFB

MEMORANDUM AND ORDER

----oo0oo----

Concurrently before the Court is a Motion by Plaintiff Robert Cox ("Plaintiff") for Preliminary Injunctive Relief pursuant to Federal Rule of Civil Procedure 65(b) and a Motion by Defendants Aurora Loan Services and Mortgage Electronic Registration Systems, Inc. ("Defendants") to Dismiss Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff has failed to timely file Opposition to Defendants' Motion to Dismiss.

1

1  Pursuant to Local Rule 230(c), opposition to a motion must
2 be filed not less than fourteen (14) days prior to the date of
3 the hearing.  The date of the hearing on motion was set for
4 January 14, 2010.  Fourteen (14) days prior to the hearing was
5 December 31, 2009.  No opposition was filed as required.  In
6 light of the fact that no opposition was filed by Plaintiff,
7 Defendants' Motion to Dismiss[1] (Docket No. 15) is GRANTED with
8 leave to amend.

9  Plaintiff may file an amended complaint not later than
10 twenty (20) days after the date this Memorandum and Order is
11 filed electronically.  If no amended complaint is filed within
12 said twenty (20)-day period, without further notice, Plaintiff's
13 claims will be dismissed without leave to amend.

14  Accordingly, Plaintiff's Motion for Preliminary Injunction
15 (Docket No. 11) is DENIED.  A party seeking a preliminary
16 injunction must establish a likelihood of success.  <u>Raich v.
17 Ashcroft</u>, 352 F.3d 122, 1227 (9th Cir. 2003)  As Plaintiff's
18 Complaint has been currently dismissed, no such likelihood of
19 success is present.

20  IT IS SO ORDERED.

21  Dated: January 25, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

2