LAW OFFICES OF SHARON L. LAPIN
SHARON L. LAPIN SBN 165919
336 Bon Air Center, Suite 492
Greenbrae, CA 94901
PHONE: (415) 258-1651
FAX: (916) 258-0326
email: lapinlaws@juno.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. COX | CASE NO.:-2:09-CV-02677-MCE-EFB |
| Plaintiff, | ORDER DENYING REQUEST TO APPEAR BY TELEPHONE FOR THE MOTION TO DISMISS |
| v. | |
| AURORA LOAN SERVICES; SCME MORTGAGE BANKERS; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; CALWIDE MORTGAGE; SHAKIEB ORGUNWALL; DASHNA MAHMOOD and DOES 1-20 inclusive, | JUDGE: Morrison C. England, Jr.<br>DATE:   April 8, 2010<br>TIME:   2:00 P.M.<br>DEPT:   Courtroom 7 |
| Defendants. | |

The Court having reviewed the Request to Appear by Telephone at the Motion to Dismiss, and good cause appearing therefore, hereby orders as follows:

///

///

///

///

1    IT IS HEREBY ORDERED, that Plaintiff's Counsel may not appear telephonically at the
2 Motion to Dismiss currently set to be heard on April 8, 2010 in Courtroom 7 before the Honorable
3 Morrison C. England, Jr., of the above entitled Court.  A personal appearance by Plaintiff's counsel
4 is required.

 Dated:  March 25, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE