LAW OFFICES OF SHARON L. LAPIN
SHARON L. LAPIN SBN 165919
336 Bon Air Center, Suite 492
Greenbrae, CA 94901
PHONE: (415) 258-1651
FAX: (916) 258-0326
email: lapinlaws@juno.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. COX | CASE NO.:-2:09-CV-02677-MCE-EFB |
| Plaintiff, | ORDER DENYING REQUEST TO APPEAR BY TELEPHONE FOR THE MOTION TO DISMISS |
| v. | |
| AURORA LOAN SERVICES; SCME MORTGAGE BANKERS; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; CALWIDE MORTGAGE; SHAKIEB ORGUNWALL; DASHNA MAHMOOD and DOES 1-20 inclusive, | JUDGE: Morrison C. England, Jr. DATE: April 29, 2010 TIME: 2:00 P.M. DEPT: Courtroom 7 |
| Defendants. | |

The Court having reviewed the Request to Appear by Telephone at the Motion to Dismiss, good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that Plaintiff's Counsel may not appear telephonically at the Motion to Dismiss currently set to be heard on April 29, 2010 in Courtroom 7 before the Honorable Morrison C. England, Jr.  A personal appearance by Plaintiff's counsel is required.

1  The Court previously denied counsel's telephonic appearance request for the same hearing before
2  it was continued from the initially scheduled April 8, 2010 date to April 29, 2010.

 Dated:  April 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )

)ss.

COUNTY OF SACRAMENTO )

    I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 2882 Prospect Park Dr, Suite 350, California 95670.

    On this date I served the foregoing document described as follows:

**REQUEST TO APPEAR BY TELEPHONE FOR THE MOTION TO DISMISS** on the following interested parties in this action:

                  SEE ATTACHED SERVICE LIST

    The following is the procedure in which service of this document was effected:

❏  Facsimile, Time: _____ P.M.; Date:

❏  Federal Express, Priority Overnight

❏  United Parcel Service, Next Day Air

❏  United States Mail,

✓  By Electronic Mail - I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the above listed CM/ECF registrants.

    I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and that this declaration was executed on April 12, 2010 at Sacramento, California.

                            /s/Sherry L. Lacabanne
                            SHERRY L. LACABANNE

**SERVICE LIST**

| | |
|---|---|
| Renee De Golier, Esq.<br>Seth Harris, Esq.<br>McCarthy & Holthus<br>1770 Fourth Avebue<br>San Diego , CA 92101<br>619-685-4800-2038<br>Email: rdegolier@mccarthyholthus.com<br>Email: seharris@mccarthyholthus.com | Defendant Quality Loan Servicing |
| Andrew W. Noble<br>Severson & Werson<br>One Embarcadero Center<br>Suite 2600<br>San Francisco , CA 94111<br>415-398-3344<br>Fax: 415-956-0439<br>Email: awn@severson.com | Defendant Aurora Loan Services<br><br>Defendant Mortgage Electronic Registration System, Inc. |
| Defendant Lending Capital, Inc. *Doing business as* Lending Capital Home Loans | PRO SE |
| Defendant Patrick Tobin Moran | PRO SE |
| Defendant Jim A. Tousif | PRO SE |
| Defendant Peter Doan | PRO SE |
| Defendant Shakieb Orgunwall | PRO SE |
| Defendant Dashna Mahmood | PRO SE |
| Defendant Calwide Mortgage | PRO SE |
| Defendant SCME Mortgage Bankers Inc. | PRO SE |